UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE MURPHY,

    Plaintiff,

v.                                                          CASE NO. 8:18-cv-2993-T-23CPT

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

**ORDER**

    Michelle Murphy sues (Doc. 1) under the Telephone Consumer Protection Act and the Florida Consumer Collection Practices Act. Presenting a "Cardholder Agreement," which includes a broad "Agreement to Arbitrate" that Murphy accepted (Doc. 14-3 at 6), Credit One moves unopposed (Doc. 14) to dismiss the action and to compel arbitration. Alternatively, Credit One requests to stay the action.

    Under 9 U.S.C. § 3 a district court must stay an action if the parties have agreed to arbitrate the claim. *EEOC v. Waffle House, Inc.*, 534 U.S. 279, 289 (2002) ("The [Federal Arbitration Act] provides for stays of proceedings in federal district courts when an issue in the proceeding is referable to arbitration"); *Bender v. A.G. Edwards & Sons, Inc.*, 971 F.2d 698, 699 (11th Cir. 1992) (per curiam) (concluding that a district court errs by dismissing rather than staying a claim the parties have agreed

to arbitrate).  Accordingly, the motion (Doc. 14) is **GRANTED**, and this action is **STAYED**.  The clerk is directed to **ADMINISTRATIVELY CLOSE** the case.  No later than seven days after the parties receive the arbitral decision, Murphy must move to lift the stay and to open the case.  If the parties have not received the arbitral decision by **AUGUST 1, 2019**, on that day Murphy must file a report detailing the status of the arbitration.

ORDERED in Tampa, Florida, on February 21, 2019.

                                                STEVEN D. MERRYDAY
                                        UNITED STATES DISTRICT JUDGE