UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELE MURPHY,**

    Plaintiff,

v.

**CREDIT ONE BANK, N.A.,**

    Defendant.

CASE NO.: 8:18-cv-02993-SDM-CPT

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MICHELE MURPHY, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, MICHELE MURPHY, and Defendant, CREDIT ONE BANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

*/s/Amanda J. Allen, Esq.*
**Amanda J. Allen, Esq**.
Florida Bar No.:  98228
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
Amanda@TheConsumerProtectionFirm.com
Shenia@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on September 9, 2019, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

                                            */s/Amanda J. Allen, Esq.*
                                            **Amanda J. Allen, Esq.**
                                            Florida Bar No.:  98228
                                            THE CONSUMER PROTECTION FIRM, PLLC
                                            4030 Henderson Blvd.
                                            Tampa, FL 33629
                                            Telephone: (813) 500-1500
                                            Facsimile: (813) 435-2369
                                            Amanda@TheConsumerProtectionFirm.com
                                            Shenia@TheConsumerProtectionFirm.com
                                            *Attorney for Plaintiff*