UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELE MURPHY,

    Plaintiff,

v.                                               CASE NO.     8:18-cv-02993-SDM-CPT

CREDIT ONE BANK, N.A.,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michele Murphy, and the Defendant, Credit One Bank, N.A., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Michael P. Schuette, Esq.* |
| Amanda J. Allen, Esquire | Michael P. Schuette, Esquire |
| Florida Bar No. 98228 | Florida Bar No. 0106181 |
| Amanda@TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| William Peerce Howard, Esq. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| Florida Bar No. 0103330 | 3350 Buschwood Park Drive, Suite 195 |
| Billy@TheConsumerProtectionFirm.com | Tampa, FL 33618 |
| The Consumer Protection Firm, PLLC | Tele: (813) 890-2472 |
| 4030 Henderson Blvd. | Fax: (866) 466-3140 |
| Tampa, FL 33629 | |
| Tele: (813) 500-1500 | ***Attorneys for Defendant*** |
| Fax: (813) 435-2369 | |
| | |
| ***Attorneys for Plaintiff*** | |

## **CERTIFICATE OF SERVICE**

  I certify that on November 4, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

              *s/Amanda J. Allen, Esq.*
              **Amanda J. Allen, Esquire**
              Florida Bar No. 98228
              Amanda@TheConsumerProtectionFirm.com
              Shenia@TheConsumerProtectionFirm.com
              THE CONSUMER PROTECTION FIRM, PLLC
              4030 Henderson Blvd.
              Tampa, FL 33629
              Tele:  (813) 500-1500
              Fax:  (813) 435-2369
              ***Attorney for Plaintiff***