UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELE MURPHY,

    Plaintiff,

v.                                                 CASE NO. 8:18-cv-2993-T-23CPT

CREDIT ONE BANK N.A.,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 18), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 5, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE